# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LARRY L. JOHNSON**                                                                 **PLAINTIFF**

V.                                          NO. 4:24-cv-00894-JM-ERE

**EASON**, *et al.*                                                                     **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. Mr. Johnson has not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Johnson's claims against Defendants Watkins, Hawkins, and Ussery are DISMISSED, without prejudice, based on his failure to state a plausible claim for relief. His conditions of confinement claim also is DISMISSED, without prejudice, based on his failure to state a plausible claim for relief. Finally, his official capacity claims against Defendant Eason are DISMISSED, without prejudice, based on his failure to state a plausible claim for relief.

The Clerk is instructed to terminate Officer Watkins, Nurse Hawkins, and Sergeant Ussery as party Defendants.

IT IS SO ORDERED, this 12th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE