# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LARRY L. JOHNSON**                                                          **PLAINTIFF**

**V.**                                    **NO. 4:24-cv-00894-JM-ERE**

**MATTHEW EASON**                                                             **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections:**

This Recommendation has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.   Discussion:**

On October 16, 2024, *pro se* plaintiff Larry L. Johnson filed this civil rights lawsuit under 42 U.S.C. § 1983 while he was incarcerated at the Faulkner County Detention Center ("Detention Center"). *Doc. 2*. On January 7, 2025, Mr. Johnson was released from the Detention Center. *Doc. 18-2 at 1*. On February 11, 2025, Mr.

Johnson filed a free world in forma pauperis application, which the Court granted. *Docs. 15, 16*.

On March 3, 2025, Defendant Matthew Eason filed a motion for summary judgment, statement of undisputed facts, and brief in support arguing that Mr. Johnson failed to fully exhaust his administrative remedies regarding his claims against Defendant Eason before filing this lawsuit. *Docs. 17, 18, 19*. On the following day, the Court provided Mr. Johnson until March 28, 2025, to file his response to the Defendant Eason's motion, including a separate statement of undisputed facts. *Doc. 20*. Mr. Johnson did not respond to the Court's March 4, 2025 Order, and the time for doing so passed.

As a result, on April 16, 2025, the Court provided Mr. Johnson 30 days to notify the Court whether he seeks to proceed with this lawsuit. *Doc. 21*. The Court specifically Mr. Johnson cautioned that his failure to respond to this Court's Order may result in the dismissal of his claims, without prejudice, based on his failure to prosecute this lawsuit. See Local Rule 5.5(c). To date, Mr. Johnson has not responded to the Court's April 16, 2025 Order, and the time for doing so has passed.

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Johnson's complaint be DISMISSED, without prejudice, based on his failure to: (1) respond to the Court's April 16, 2025 Order; and (2) prosecute this lawsuit.

  2. Defendants' motion for summary judgment (*Doc. 17*) be DENIED, as moot.

  3. The Clerk be instructed to close this case.

DATED 20 May 2025.

            _____
            UNITED STATES MAGISTRATE JUDGE