IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY L. JOHNSON**                                                                 **PLAINTIFF**

V.                                    NO. 4:24-cv-00894-JM

**MATTHEW EASON**                                                                   **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Johnson's complaint is DISMISSED, without prejudice, based on his failure to: (1) respond to the Court's April 16, 2025 Order; and (2) prosecute this lawsuit. All pending motions are denied as moot. Judgment shall be entered accordingly, and this case will be CLOSED.

IT IS SO ORDERED, this 9th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE