IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LARRY L. JOHNSON                                                                                  PLAINTIFF

V.                                          NO. 4:24-cv-00894-JM

MATTHEW EASON                                                                                 DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE